# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Allan J. Hamilton, M.D., )<br>　　　　　Plaintiff, )<br>v. )<br>　 )<br>Hartford Life and Accident Ins., et al., )<br>　　　　　Defendants. )<br>　 )<br>_____ ) | CV-06-417-TUC-DCB<br><br>**ORDER** |

    On June 8, 2007, Magistrate Judge Jacqueline Marshall issued a Report and Recommendation recommending that this Court deny Plaintiff's Motion to Remand to State Court. Pursuant to 28 U.S.C. § 636(b), the parties were entitled to file written objections within ten (10) days of service of the Report and Recommendation. Neither party filed written objections to Magistrate Judge Marshall's Report and Recommendation within the ten (10) days allotted by statute.

    **Accordingly,**

    **IT IS ORDERED** by this Court, having performed an independent review of the record, that Magistrate Judge Marshall's Report and Recommendation (Doc. No. 48) is **ADOPTED** in its entirety and without modification.

    **IT IS FURTHER ORDERED** that the Plaintiff's Motion to Remand to State Court (Doc. No. 23) is **DENIED**.

**IT IS FURTHER ORDERED** that referral to Magistrate Judge Marshall for all pretrial proceedings in this action is **WITHDRAWN**. In the future, the case number should reflect the following: **CV-06-417-TUC-DCB**.

DATED this 26th day of June, 2007.

David C. Bury
United States District Judge